**SO ORDERED.**
**SIGNED this 18th day of January, 2012**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:

**GLENN S. MARTIN, JR.,**

Debtor.

Case No. **08-52631**
Chapter 7

**RICHARD F. RAY, TRUSTEE**,

Plaintiff,

v.

Adversary Proceeding No. **11-5016**

**CRYSTAL A. HONEYCUTT**,

Defendant.

### ORDER

This adversary proceeding came before the court for trial on January 17, 2012. The plaintiff and his counsel appeared. The defendant did not appear. The court heard the testimony of the plaintiff and considered the exhibits proffered in support of the complaint. In accordance

with the memorandum announced by the court at the conclusion of the proof, the plaintiff is awarded judgment against defendant Crystal A. Honeycutt in the amount of $223,683.35.

Further, plaintiff is awarded pre-judgment interest from February 17, 2011 on the sum of $190,364.55 against defendant Crystal A. Honeycutt.

###

APPROVED;

RICHARD F. RAY, TRUSTEE

*/s/ Michael H. Fitzpatrick*
MICHAEL H. FITZPATRICK, ESQ.
BPR NO. 006033
**JENKINS & JENKINS ATTYS., PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
865-524-1873
mhf@j-jlaw.com