UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENVILLE

In re

**GLEN S. MARTIN, JR.,**                                    Case No. 08-52631

                    Debtor.

**RICHARD F. RAY,** Trustee

                    Plaintiff,

        v.                                    Adv. Proc. No. 11-5016

**CRYSTAL A. HONEYCUTT,**

                    Defendant.

## APPLICATION FOR LEVY

The plaintiff (judgment creditor) hereby makes application to the Clerk of the United Stated Bankruptcy Court for the Eastern District of Tennessee for issuance of a Writ of Garnishment to satisfy a judgment against the defendant (judgment debtor). In support of this application, the following information is provided

1.    Judgment debtor's name:    Crystal A. Honeycutt

        Account Number:         Ending in 4236

        Last Known Address:      429 Peachtree Street, Johnson City Tennessee

        Nature of Debt:          Judgment

        Amount of judgment:      $414,047.90

        Costs Added:            $230

        Interest:                $ 734.05

        Less amount paid:        $0

Unpaid Balance:              $ 415,011.95

As of:                       1/8/14

2.      The garnishee is believed to have possession of property (which may include non-exempt, disposable earnings) in which the defendant has a substantial non-exempt interest.

3.      Name and address of the garnishee:

Richard F. Ray, Trustee.
C/o Ryan E. Jarrard, Esq.
2121 First Tennessee Plaza
Knoxville, TN 37929-2121

This the 8th  day of January 2014.

/s/ Ryan E. Jarrard
Quist, Cone & Fisher, PLLC
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
BPR # 024525
(865) 524-1873
rej@qcflaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All parties listed below will be served by U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

Crystal A. Honeycutt
429 Peachtree Street
Johnson City, Tennessee

/s/Ryan E. Jarrard
Ryan E. Jarrard